**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| BMO HARRIS BANK N.A., | ) |
| | ) |
| Plaintiff, | ) Case No.: |
| | ) |
| v. | ) |
| | ) **COMPLAINT** |
| K R D TRUCKING BRISTOL, TN. L.L.C., | ) |
| | ) |
| Defendant. | ) |
| | ) |

COMES NOW, Plaintiff BMO HARRIS BANK N.A. ("BHB"), for its Complaint for Breach of Contract against Defendant K R D TRUCKING BRISTOL, TN. L.L.C. ("KRD") alleges and states as follows:

**PARTIES**

1.      Plaintiff BHB is a national banking association and has its principal place of business in Chicago at 320 S. Canal St., Chicago, IL 60606.  The main office, per its Articles of Association, (Article II, Section 2.1) is located in Chicago, County of Cook and State of Illinois.

1.      KRD is a limited liability company and has its place of business in Bristol and is located at 1101 Volunteer Parkway, Bristol, Tennessee 37620. KRD is owned one hundred percent by Kevin Dirickson as the sole member. As such, its citizenship is that of Kevin Dirickson, set forth below.

2.       Kevin Dirickson is an individual, whose address is located at 4157 Highway 421, Bristol, Tennessee, 37620. Kevin Dirickson is domiciled, a resident, and a citizen of the Eastern District of Tennessee for diversity purposes.

## JURISDICTION AND VENUE

3.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332, as there is diversity in citizenship and there is an amount in controversy that exceeds $75,000, exclusive of interest and costs.

4.      This judicial district is proper venue for this proceeding pursuant to 28 U.S.C. §1391(b)(2), as the Defendant resides, lives or does business in the Eastern District of Tennessee and as a substantial part of the events giving rise to the cause of action, including signing of the contracts at issue, occurred in the Eastern District of Tennessee.

## FACTUAL BACKGROUND

### *Loan and Security Agreement 1 (2001)*

5.      On or about April 12, 2017, KRD entered into a Loan & Security Agreement (hereinafter "Agreement 1") with BHB in the total amount of $186,045.12, attached hereto as **Exhibit A,** for the use of the following:

| Year | Manufacturer | Model | Description | Serial Number |
|------|-------------|-------|-------------|---------------|
| 2017 | FREIGHTLINER | CORONADO-SERIES | CORONADO-SERIES:13264T 132"BBC CONV CAB TRACTOR 6X4 | 3ALXFB00XHDHK1736 |

6.      Pursuant to Agreement 1, KRD agreed to make seventy-two (72) monthly payments for the use of the above Equipment (hereinafter "Equipment 1") beginning on or about June 1, 2017.

7.      Pursuant to Agreement 1, KRD was obligated to pay a minimum monthly payment of $2,583.96.

8.      Pursuant to Paragraph 5.1 of Agreement 1, entitled "Events of Default," KRD will be in default under the loan if "Debtor fails to pay when due any amount owed by it to lender or any Affiliate of Lender under this Agreement."

9.      Pursuant to Paragraph 5.2 of Agreement 1, entitled "Remedies," upon default by KRD, BHB may "declare the indebtedness hereunder to be immediately due and payable."

10.     On or about November 1, 2022, KRD defaulted under the terms of Agreement 1 by failing to make the minimum monthly payment.

### *Loan and Security Agreement 2 (6001)*

11.     On or about February 8, 2021, KRD entered into a Loan & Security Agreement (hereinafter "Agreement 2") with BHB in the total amount of $174,637.78, attached hereto as **Exhibit B,** for the use of the following:

| Year | Manufacturer | Model | Description | Serial Number |
|------|--------------|-------|-------------|---------------|
| 2020 | KENWORTH | T680-SERIES | T680-SERIES: T680 125"BBC CONV CAB SBA TRACTOR 6X4 | 1XKYD49X1LJ368530 |

12.     Pursuant to Agreement 2, KRD agreed to make seventy-four (74) monthly payments for the use of the above Equipment (hereinafter "Equipment 2") beginning on or about April 1, 2021.

13.     Pursuant to Agreement 2, KRD was obligated to pay a minimum monthly payment of $2,359.97.

14.     Pursuant to Paragraph 5.1 of Agreement 2, entitled "Events of Default," KRD will be in default under the loan if "Debtor fails to pay when due any amount owed by it to lender or any Affiliate of Lender under this Agreement."

15.     Pursuant to Paragraph 5.2 of Agreement 2, entitled "Remedies," upon default by KRD, BHB may "declare the indebtedness hereunder to be immediately due and payable."

16.     On or about November 1, 2022, KRD defaulted under the terms of Agreement 2 by failing to make the minimum monthly payment.

## COUNT I- BREACH OF CONTRACT

17.     BHB incorporates by reference Paragraphs 1 through 16, as if set forth at length herein.

18.     BHB and KRD entered into valid contracts (Agreements 1 & 2, collectively the "Agreements") wherein KRD agreed to make monthly payments to BHB for the use of Equipment 1 and 2 (collectively the "Equipment").

19.     KRD defaulted on the terms of the Agreements and therefore is in default for failure to pay.

20.     BHB sustained significant damages in the amount of $146,735.60 due to KRD's breach of contract.

**WHEREFORE**, **PREMISES CONSIDERED,** Plaintiff BMO Harris Bank N.A. demands judgment against Defendant K R D Trucking Bristol, TN. L.L.C., compensatory damages in the amount of $146,735.60 plus accruing interest, and reasonable attorney's fees and costs, and such other relief, as the Court may deem equitable and just.

## COUNT II- REPLEVIN

21.     BHB incorporates by reference Paragraphs 1 through 20, as if set forth at length herein.

22.     KRD defaulted on the terms of the Agreements and therefore is in default for failure to pay.

23.     BHB estimated that the average wholesale value of the 2017 Freightliner is approximately $65,850.

24.     BHB has notified KRD of its intention to exercise its right to repossess the 2017 Freightliner pursuant to the terms of Agreement 1.

25.     In response, KRD has refused, and continues to refuse, BHB access to the 2017 Freightliner. Defendant, KRD, is denying BHB access to the following:

| Year | Manufacturer | Model | Description | Serial Number |
|------|-------------|-------|-------------|---------------|
| 2017 | FREIGHTLINER | CORONADO-SERIES | CORONADO-SERIES: 13264T 132"BBC CONV CAB TRACTOR 6X4 | 3ALXFB00XHDHK1736 |

26.     Plaintiff's interest therein will be adversely affected by the continued use by the Defendant of the 2017 Freightliner due to wear and tear, as well as depreciation.

**WHEREFORE**, Plaintiff, BMO Harris Bank N.A. demands judgment against Defendant K R D Trucking Bristol, TN. L.L.C., for the possession of the unrecovered 2017 Freightliner; as well as reasonable attorneys' fees and costs; and such other relief as the Court may deem equitable and just.

Date: May 15, 2023

*Attorneys for Plaintiff BMO Harris Bank N.A.*

By: */s/ James K. Haney*
        James K. Haney, Esq.
        821 Alexander Road, Suite 200
        Princeton, NJ 08540
        Tel: (609) 951-9520
        Fax: (609) 951-0270
        Email: JHaney@wongfleming.com