IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

BMO HARRIS BANK N.A., )
      Plaintiff, ) Case No.: 2:23-cv-00049
    v. )
K R D TRUCKING BRISTOL, TN. L.L.C., )
      Defendant. )

## RULE 7.1 CERTIFICATE OF CITIZENSHIP

Plaintiff BMO Harris Bank N.A. ("BHB") is a corporation and national bank association with its principal place of business in Chicago with an office at 320 S. Canal St., Chicago, IL 60606. For diversity purposes BHB is a citizen of the State of Illinois.

KRD Trucking Bristol, TN. L.L.C. ("KRD") is a corporation existing pursuant to the rules and laws of the State of Tennessee, with a principal place of business located at 1101 Volunteer Parkway, Bristol, Tennessee 37620, and as such, is within the Eastern District of Tennessee. For diversity purposes KRD is a citizen of the State of Arkansas.

Kevin Dirickson is a non- party and is the sole member of KRD, whose address is located at 4157 Highway 421, Bristol, Tennessee 37620. Kevin Dirickson is non-party and sole member of KRD, and is domiciled, a resident, and a citizen of the Eastern District of Tennessee for diversity purposes.

Date: May 16, 2023          **WONG FLEMING, P.C.**
                                       *Attorneys for Plaintiff BMO Harris Bank N.A.*

                                       By: */s/ James K. Haney*
                                           James K. Haney, Esq.
                                           821 Alexander Road, Suite 200
                                           Princeton, NJ 08540
                                           Tel: (609) 951-9520
                                           Fax: (609) 951-0270
                                           Email: jhaney@wongfleming.com